United States District Court
Southern District of Texas
**ENTERED**
June 21, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHNNY LAPAGLIA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   CIVIL ACTION NO. H-16-3108 |
| | § |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § |
| | § |
| Defendant. | § |

### ORDER GRANTING AGREED MOTION TO
### ABATE LITIGATION AND ADMINISTRATIVELY CLOSE

Allstate Vehicle and Property Insurance Company's agree motion to abate litigation pending completion of appraisal, (Docket Entry No. 11), is granted. This case is abated and administratively closed pending issuance of the appraisal award. The parties are ordered to advise the court no later than 14 days  after the award is entered and file a motion to reinstate the case to the active docket.

SIGNED on June 20, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge