United States District Court
Southern District of Texas
**ENTERED**
March 30, 2018
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOHNNY LAPAGLIA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:16-cv-03108** |
| | § | |
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

ON THIS DAY, the court considered the parties' proposed Agreed Order of Dismissal With Prejudice. It appearing to this Court that all matters in controversy between Plaintiff and Defendant have been fully and finally settled, the court is of the opinion that the proposed Agreed Order should be executed.

It is therefore ORDERED that this cause be and hereby is DISMISSED WITH PREJUDICE to the refiling of same.

It is further ORDERED that all costs of court are taxed against the parties incurring same.

SIGNED this 30th day of March, 2018.

Lee H. Rosenthal

JUDGE PRESIDING



5972845v1
03646.545

APPROVED and AGREED
as to FORM and CONTENT:

*/s/ Sean Patterson* (with permission)

James M. McClenny
State Bar No. 24091857
J. Zachary Moseley
State Bar No. 24092863
Sean Patterson
State Bar No. 24073546

**MCCLENNY MOSELEY & ASSOCIATES, PLLC**
411 N. Sam Houston Parkway, E., Ste 200
Houston, Texas 77060
Principal Office No. 713-334-6121
Facsimile: 713-322-5953
James@mma-pllc.com
Zach@mma-pllc.com
Sean@mma-pllc.com

**ATTORNEYS FOR PLAINTIFF**

and

*/s/ R. Tate Gorman*

Roger D. Higgins
State Bar No. 9601500
R. Tate Gorman
State Bar No. 24032360
Thompson, Coe, Cousins & Irons, LLP
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
rhiggins@thompsoncoe.com
tgorman@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**